## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the _19th_ day of _April_, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Martin J. Weis, Esquire
*Dilworth Paxson LLP*
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

_____
Mary E. Augustine (No. 4477)